15 So.2d 918

**Ex parte W. T. BADHAM, Trustee, et al.**

**4 Div. 275.**

Supreme Court of Alabama.

Nov. 4, 1943.

Richard Hail Brown and Robt. C. Garrison, both of Birmingham, for petitioners.

PER CURIAM.

Petition dismissed, want of prosecution.

18 So.2d 112

**Lucile BOGAN v. Nazarety Lee BOGAN.**

**6 Div. 230.**

Supreme Court of Alabama.

April 15, 1944.

PER CURIAM.

Appeal dismissed, motion of appellant.

17 So.2d 182

**Ethel Lee BOYD v. Alston BOYD.**

**6 Div. 187.**

Supreme Court of Alabama.

Jan. 5, 1944.

A. K. Callahan and E. W. Skidmore, both of Tuscaloosa, for appellant.

Joe G. Burns, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

15 So.2d 918

**Andy BARTON v. STATE.**

**6 Div. 195.**

Supreme Court of Alabama.

Oct. 28, 1943.

J. A. Posey, of Haleyville, and Pennington & Tweedy, of Jasper, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Andy Barton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barton v. State, 14 So.2d 380.

Writ denied.

GARDNER, C. J., and BOULDIN and STAKELY, JJ., concur.